UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-347-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DARIO GOMEZ-JUAREZ ) | |

THIS CAUSE is before the Court on Defendant's Motion for Authorization of Expert Funds for an interpreter in which the amount will exceed the statutory maximum of Eight Hundred Dollars ($800.00). Such funds are specifically authorized by the Criminal Justice Act. The motion is hereby GRANTED.

DONE and ORDERED in Chambers at Raleigh, North Carolina this 23 day of January, 2013.

Terrence W. Boyle
United States District Judge